**Order filed December 31, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01017-CV

_____

### IN THE INTEREST OF M.C.R. AND A.J.R., Children

---

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2011-00769**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue  Appellant's brief was due **December 28, 2012.**  No brief has been filed.

Unless appellant files a brief with the clerk of this court within **10 days** of the date of this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM